CHRISTOPHER CHIOU, Acting United States Attorney
GREG ADDINGTON, Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Federal Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 334-3347

JEAN E. WILLIAMS, Acting Assistant Attorney General
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1381/Fax: (303) 844-1350
Email: Evelyn.McDonald@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF FERNLEY, a political subdivision of the State of Nevada,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et.al.,<br><br>    Respondent. | Case No. 3:21-cv-119-MMD |

**PARTIES' FIRST STIPULATION TO EXTEND TIME TO FILE THE UNITED STATES' RESPONSIVE PLEADING**

The City of Fernley (hereinafter, "the City") filed this suit against the United States Bureau of Reclamation and its Regional Director (hereinafter, "Federal Defendants") on March 10, 2021, and served the Federal Defendants two days later. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the Federal Defendants' responsive pleading is currently due on May 11, 2021. However, 49 days after the City filed its Complaint, David F. Stix – a citizen of Fernley, Nevada –moved to intervene in this case. The City does not oppose Mr. Stix's intervention and

neither do the Federal Defendants. Because the Federal Defendants will now be required to respond to both the City's and Mr. Stix's complaints – both of which are closely related and present overlapping theories – the Federal Defendants have proposed and the City has agreed that the Federal Defendants should file a single responsive pleading to both complaints on or before May 28, 2021.

Accordingly, pursuant to Local Rule IA 6-1, the parties stipulate for the first time to extend the Federal Defendants' deadline to respond to the City's Complaint from May 11 to May 28, 2021, and to accelerate the deadline to respond to Mr. Stix's Complaint from July 9, 2021 to May 28, 2021.

Respectfully submitted this 10th day of May, 2021, by:

JEAN E. WILLIAMS
Acting Assistant Attorney General
EVE W. MCDONALD
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division

*Attorneys for the Federal Defendants*

*/s/ David H. Rigdon (email authorization 5/10/21)*
DAVID H. RIGDON
PAUL G. TAGGART
Taggart & Taggart LTD.
108 North Minnesota St.
Carson City, NV 89703

*Attorneys for the City of Fernley*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2021

# CERTIFICATE OF SERVICE

      I hereby certify that today I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case, and also served counsel for Plaintiff-Intervenor Stix at counsel@water-law.com.

                                           */s/ Eve W. McDonald*
                                           Eve W. McDonald