UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CITY OF FERNLEY,<br><br>　　　　　　Plaintiff,<br>v.<br><br>ERNEST A. CONANT, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:21-cv-00119-MMD-CLB<br><br>ORDER |

　　　Plaintiffs sued Defendants over Defendants' approval of a plan to repair the Truckee Canal. (ECF No. 1.) Before the Court is Plaintiff-Intervenor-Applicants David F. Stix, Jr. and Deena E. Edmonston's motion to intervene as of right under Fed. R. Civ. P. 24(a)(2). (ECF No. 8.) Plaintiff-Intervenor-Applicants seek to intervene because the plan to repair the Truckee Canal will affect their water rights. (*Id.* at 1-2.) Plaintiff City of Fernley does not oppose the motion. (ECF No. 10.) Defendants take no position on Plaintiff-Intervenor-Applicants' motion. (ECF No. 14.) The motion is therefore unopposed. Good cause appearing, the Court will grant the motion.

　　　It is therefore ordered that Plaintiff-Intervenor-Applicants' motion to intervene (ECF No. 8) is granted.

　　　It is further ordered that Plaintiff-Intervenor-Applicants are admitted into this litigation as Plaintiff-Intervenors, with full rights of participation.

　　　DATED THIS 18th Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE