CHRISTOPHER CHIOU
Acting United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Greg.Addington@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

CITY OF FERNLEY, a political subdivision of the State of Nevada,

Plaintiff,

v.

ERNEST A. CONANT, Regional Director; and
UNITED STATES BUREAU OF RECLAMATION,

Defendants.

3:21-cv-119-MMD

**MOTION TO ADMIT GOVERNMENT ATTORNEY (JEFFREY SCOTT THOMAS)**

THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-11-3, for the admission of Jeffrey Scott Thomas to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of his employment by the United States as an attorney. It is anticipated that Mr. Thomas will enter an appearance in this action on behalf of the federal defendants.

Mr. Thomas is a licensed attorney and a member in good standing of the Bar of the Commonwealth of Virginia (Bar # 86439). Mr. Thomas is an attorney employed by the United States Department of Justice. He currently holds the position of Trial Attorney, Environment and

1

Natural Resources Division, Natural Resources Section, and his office is located in Washington, D.C.

LR-IA-11-3 provides that, "Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Jeffrey Scott Thomas to practice before this Court during the period of his employment by the United States as an attorney. It is anticipated that Mr. Thomas will enter an appearance in this action on behalf of the federal defendants.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

 /s/ Greg Addington
GREG ADDINGTON
Assistant United States Attorney

IT IS SO ORDERED:

Date: May 24, 2021

_____
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **MOTION TO ADMIT GOVERNMENT ATTORNEY (JEFFREY SCOTT THOMAS)** has been made through the Court's CM/ECF electronic filing and notification system on all system participants this 24th day of May, 2021.

<u>/s/ Greg Addington</u>
GREG ADDINGTON