PAUL G. TAGGART, ESQ.
Nevada State Bar No. 6136
DAVID H. RIGDON, ESQ.
Nevada State Bar No. 13567
TAGGART & TAGGART, LTD.
108 North Minnesota Street
Carson City, Nevada 89703
(775)882-9900 – Telephone
Paul@legaltnt.com
David@legaltnt.com
Attorneys for City of Fernley

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF FERNLEY, a political subdivision of the State of Nevada,<br><br>Plaintiff,<br><br>vs.<br><br>ERNEST A. CONANT, Regional Director, UNITED STATES BUREAU OF RECLAMATION; UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendants. | Case Number: CV-00119 |

### PARTIES' FIRST STIPULATION TO EXTEND TIME FOR THE CITY OF FERNLEY AND DAVID F. STIX JR. AND DEENA EDMONDSTON TO FILE OPPOSITIONS TO THE FEDERAL DEFENDANTS' MOTION TO DISMISS

On May 28, 2021, the United States Bureau of Reclamation and Earnest A. Conant (collectively, "Federal Defendants"), filed a Motion to Dismiss the City of Fernley's ("Fernley") Complaint together with a Motion to Dismiss David F. Stix Jr.'s and Deena Edmondston's ("Stix") Complaint in Intervention. Pursuant to Local Rule II 7-2, Fernley's and Stix's oppositions to BOR's Motions to Dismiss are due on June 11, 2021.

Because of the complexity of the issues raised in the Motions to Dismiss, Fernley and Stix have proposed, and the Federal Defendants have agreed, that the deadline for Fernley and Stix to file their oppositions should be extended by two (2) weeks, to June 25, 2021.

Accordingly, pursuant to Local Rule IA 6-1, the parties stipulate for the first time to extend Fernley's and Stix's responsive pleading deadline from June 11, 2021, to June 25, 2021.

DATED this 7th day of June, 2021.

By: /s/ David H. Rigdon
DAVID H. RIGDON, ESQ.
Nevada State Bar No. 13567
PAUL G. TAGGART, ESQ.
Nevada State Bar No. 6136
Taggart & Taggart LTD.
Attorneys for City of Fernley

By: /s/ Therese A. Ure Stix
THERESE A. URE STIX
Nevada Bar No. 10255
LAURA A. SCHROEDER
Nevada Bar No. 3595
CAITLIN R. SKULAN
Nevada Bar No. 15327
Schroeder Law Offices, P.C.
Attorneys for Stix

By: /s/ Eve W. McDonald
JEAN E. WILLIAMS, ESQ.
Acting Assistant Attorney General
EVE W. MCDONALD, ESQ.
Colorado Bar No. 26304
JEFFREY SCOTT THOMAS
Virginia Bar No. 86439
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division
Attorneys for the Bureau

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 7, 2021

# CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I hereby certify that I am an employee of TAGGART & TAGGART, LTD., and that on this day, I served, or caused to be served, a true and correct copy of the foregoing via the Court's electronic filing services, to the parties listed below.

Eve. W. McDonald
U.S. Department of Justice
Environmental & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace – Suite 370
Denver, CO  80202
*Attorney for Bureau of Reclamation*

Therese A. Ure Stix
Laura A. Schroeder
Caitlin R. Skulan
Schroeder Law Offices, P.C.
10615 Double R Blvd., Suite 100
Reno, NV 89521
*Attorneys for Stix*

DATED this 7th day of June, 2021.

/s/ Emily Woods
Employee of TAGGART & TAGGART, LTD.