UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CITY OF FERNLEY,

Plaintiff,

v.

ERNEST A. CONANT, *et al.*,

Defendants.

Case No. 3:21-cv-00119-MMD-CLB

ORDER

Plaintiff sued Defendants over Defendants' approval of a plan to repair the Truckee Canal. (ECF No. 1.) Before the Court is Defendant-Intervenor-Applicant the Pyramid Lake Paiute Tribe (the "Tribe")'s motion to intervene as of right under Fed. R. Civ. P. 24(a)(2), or in the alternative, for permissive intervention under Fed. R. Civ. P. 24(b). (ECF No. 24 (the "Motion").) The Tribe seeks to intervene because Plaintiff's challenge to the plan to repair the Truckee Canal may affect its vested water rights. (*Id.* at 1-2, 9-12.) Neither Plaintiff the City of Fernley (ECF No. 26), nor Intervenor Plaintiffs David F. Stix, Jr., and Deena Edmonston oppose the Motion (ECF No. 27). Defendants Ernest A. Conant and Commissioner United States Bureau of Reclamation's (the "Federal Defendants") response to the Motion was due June 21, 2021, but Federal Defendants did not file one. *See* LR 7-2(b) (providing 14 days to file a response to the Motion). The Motion is therefore unopposed. *See* LR 7-2(d) ("The failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."). Good cause appearing, the Court will grant the Motion.

It is therefore ordered that Defendant-Intervenor-Applicant's motion to intervene (ECF No. 24) is granted.

///

It is further ordered that Defendant-Intervenor-Applicant is admitted into this litigation as Defendant-Intervenor, with full rights of participation.

DATED THIS 25th Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE