CHRISTOPHER CHIOU, Acting United States Attorney
GREG ADDINGTON, Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Federal Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 334-3347

JEAN E. WILLIAMS, Acting Assistant Attorney General
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
JEFFREY SCOTT THOMAS, Trial Attorney (VA Bar No. 86439)
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1381/Fax: (303) 844-1350
Email: Evelyn.McDonald@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF FERNLEY, a political subdivision of the State of Nevada,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES BUREAU OF RECLAMATION, et.al.,<br><br>　　　　　　Respondent. | Case No. 3:21-cv-119-MMD |

**PARTIES' SECOND STIPULATION TO EXTEND TIME TO FILE OPPOSITIONS AND REPLIES RELATED TO THE FEDERAL DEFENDANTS' MOTION TO DISMISS**

On June 7, 2021, the Court granted the parties' stipulation to extend the due dates for responses to the United States' Motion to Dismiss by two weeks to June 25, 2021. Because of the complexity of the issues raised in the Motions to Dismiss, Plaintiff Fernley and Intervenor Stix have proposed, and the Federal Defendants have agreed, that the deadline for Fernley and Stix to file their oppositions should be extended from June 25, 2021 to July 1, 2021, and that the reply deadline should be two weeks later, on July 15, 2021. Accordingly, pursuant to Local Rule

IA 6-1, the parties stipulate for the second time to extend Fernley's and Stix's response deadline, to July 1, 2021, and to set the United States reply deadline at July 15, 2021.

Respectfully submitted this 24th day of June, 2021, by:

_/s/ Eve McDonald_
JEAN E. WILLIAMS
Acting Assistant Attorney General
EVE W. MCDONALD
Colorado Bar No. 26304
JEFFREY SCOTT THOMAS
Virginia Bar No. 86439
Trial Attorneys
U.S. Department of Justice
Environment and Natural Resources Division

*Attorneys for the Federal Defendants*

*/s/ David Rigdon (email authorization June 24, 2021)*
DAVID H. RIGDON
Nevada State Bar No. 13567
PAUL G. TAGGART, ESQ.
Nevada State Bar No. 6136
Taggart & Taggart LTD.

*Attorneys for the City of Fernley*

*/s/ Therese Ure Stix (email authorization June 24, 2021)*
THERESE A. URE STIX
Nevada Bar No. 10255
LAURA A. SCHROEDER
Nevada Bar No. 3595
CAITLIN R. SKULAN
Nevada Bar No. 15327
Schroeder Law Offices, P.C.

*Attorneys for Stix*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __June 28, 2021__

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

*/s/ Eve W. McDonald*
Eve W. McDonald
