CHRISTOPHER CHIOU, Acting United States Attorney
GREG ADDINGTON, Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Federal Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 334-3347

JEAN E. WILLIAMS, Acting Assistant Attorney General
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
JEFFREY SCOTT THOMAS, Trial Attorney (VA Bar No. 86439)
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado  80202
Tel: (303) 844-1381/Fax: (303) 844-1350
Email: Evelyn.McDonald@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF FERNLEY, et al., <br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF <br> RECLAMATION, et.al., <br><br>         Defendants. | Case No. 3:21-cv-119-MMD |

**PARTIES' STIPULATION TO EXTEND TIME TO FILE THE DEFENDANTS' REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS**
(Second Request)

On June 7, 2021, the Court extended the Plaintiffs' deadline to respond to the Defendant's motion to dismiss from June 11 to June 25.  On June 28, the Court further extended the Plaintiffs' deadline to respond from June 25 to July 1 and the Defendants' deadline to reply to July 15.  Plaintiffs timely filed their response briefs on July 1.  Given the complexity of the issues, the intervening holiday, and the press of business, Defendants now request a fifteen-day

extension to file their reply briefs in support of their motions to dismiss. Plaintiffs have agreed that the Defendants' reply deadline should be extended from July 15, 2021 to July 30, 2021.

Accordingly, pursuant to Local Rule IA 6-1, the parties stipulate that the reply deadline should be July 30, 2021.

Respectfully submitted this 7th day of July, 2021, by:

        JEAN E. WILLIAMS
        Acting Assistant Attorney General

        */s/ Eve W. McDonald*
        EVE W. MCDONALD
        Colorado Bar No. 26304
        JEFFREY SCOTT THOMAS
        Virginia Bar No. 86439
        Trial Attorneys
        U.S. Department of Justice
        Environment and Natural Resources Division

        *Attorneys for the United States*

        */s/ David H. Rigdon (Email authorization 7/7/21)*
        DAVID H. RIGDON
        Nevada State Bar No. 13567
        PAUL G. TAGGART, ESQ.
        Nevada State Bar No. 6136
        Taggart & Taggart LTD.

        *Attorneys for the City of Fernley*

        */s/ Therese A. Ure Stix (Email authorization 7/7/21)*
        THERESE A. URE STIX
        Nevada Bar No. 10255
        LAURA A. SCHROEDER
        Nevada Bar No. 3595
        CAITLIN R. SKULAN
        Nevada Bar No. 15327
        Schroeder Law Offices, P.C.

        *Attorneys for Stix*

*/s/ Christopher W. Mixson (Email authorization 7/7/21)*
Don Springmeyer (Nev. Bar #1021)
Christopher W. Mixson (Nev. Bar #10685)
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Tel: (702) 385-6000
Fax: (702) 385-6001
d.springmeyer@kempjones.com
c.mixson@kempjones.com

*Attorneys for Pyramid Lake Paiute Tribe*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/13/2021

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

Eve W. McDonald