DAVID H. RIGDON, ESQ.
Nevada State Bar No. 13567
PAUL G. TAGGART, ESQ.
Nevada State Bar No. 6136
TAGGART & TAGGART, LTD.
108 North Minnesota Street
Carson City, Nevada 89703
(775)882-9900 – Telephone
Paul@legaltnt.com
David@legaltnt.com
Attorneys for City of Fernley

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY OF FERNLEY, a political subdivision of the State of Nevada; DAVID F. STIX, JR., an individual; and DEANNA EDMONSTON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ERNEST A. CONANT, Regional Director, UNITED STATES BUREAU OF RECLAMATION; UNITED STATES BUREAU OF RECLAMATION; and PYRAMID LAKE PAIUTE TRIBE,<br><br>Defendants. | Case Number: 3:21-CV-00119-MMD-CLB<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff City of Fernley ("Fernley") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Civil Case entered on December 13, 2021 (ECF No. 67) (a true and correct copy of which are attached hereto as Exhibit 1); from the Order granting Defendant's motion for dismissal entered on December 13, 2021 (ECF No. 66) (a true and correct copy of which is attached hereto as Exhibit 2); and from the Order denying Plaintiff's FRCP 59(e) motion to amend entered on March 15, 2022 (ECF No. 79) (a true and correct copy of which is attached hereto as Exhibit 3).

The Defendants in this case are:

Ernest A. Conant, in his capacity as Regional Director, United States Bureau of Reclamation,

- I -

United States Bureau of Reclamation.

Counsel for Defendants are Eve W. McDonald, Jefferey S. Thomas, Todd Kim, United States Department of Justice, Environmental and Natural Resources Division, 999 18th Street, South Terrace, Suite 370, Denver Colorado, 80202; tel. (303) 844-1381; and Christopher Chiou and Holly A. Vance, Office of the United States Attorney, Bruce R. Thompson U.S. Courthouse & Federal Bldg., 400 S. Virginia Street, Suite 900, Reno, NV 89501; tel. (775) 334-3347.

The Intervenor Defendant in this case is:

Pyramid Lake Paiute Tribe

Counsel for Intervenor Defendant Pyramid Lake Paiute Tribe are Don Springmeyer, Christopher W. Mixson, and Chad Aronson, Kemp Jones, LLP, 3800 Howard Hughes Parkway #1700, Las Vegas, NV 89169; tel. (702) 385-6000.

Dated this 16th day of March 2022 by:

TAGGART & TAGGART, LTD.

By: */s/ David H. Rigdon*
    DAVID H. RIGDON, ESQ
    Nevada State Bar No. 13567
    PAUL G. TAGGART, ESQ.
    Nevada State Bar No. 6136
    *Attorneys for City of Fernley*

Taggart & Taggart, Ltd.
108 North Minnesota Street
Carson City, Nevada 89703
(775)882-9900 ~ Telephone
(775)883-9900 ~ Facsimile

**REPRESENTATION STATEMENT**

The undersigned represents Plaintiff City of Fernley. Below is a list that shows all of the parties to the action and identifies their counsel by name, firm, address, email, and telephone number, pursuant to FRAP and Circuit Rule 3-2(b).

**Plaintiff and Appellant:**

City of Fernley, a political subdivision of the State of Nevada

**Counsel for Plaintiff and Appellant:**

DAVID H. RIGDON, ESQ.
Nevada State Bar No. 13567
PAUL G. TAGGART, ESQ.
Nevada State Bar No. 6136
TAGGART & TAGGART, LTD.
108 North Minnesota Street
Carson City, Nevada 89703
(775)882-9900 – Telephone
Paul@legaltnt.com
David@legaltnt.com

**Intervenor Plaintiffs:**

David F. Stix, Jr., an individual, and

Deanna Edmonston, an individual

**Counsel for Intervenor Plaintiffs:**

LAURA A. SCHROEDER, ESQ.
Nevada State Bar No. 3595
THERESE A. URE STIX, ESQ.
Nevada State Bar No. 10255
CAITLIN R. SKULAN, ESQ.
Nevada State Bar No. 15327
Schroeder Law Offices, P.C.
10615 Double R. Boulevard, Suite 100
Reno, Nevada 89521
(775)786-8800 - Telephone
counsel@water-law.com

**Defendants:**

Ernest A Conant, in his capacity as Regional Director of the United States Bureau of Reclamation, and

United States Bureau of Reclamation

**Counsel for Defendants:**

CHRISTOPHER CHIOU, Acting United States Attorney
HOLLY A. VANCE, Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Federal Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
 (775) 334-3347 - Telephone

TODD KIM, Assistant Attorney General
EVE W. MCDONALD, Trial Attorney
Colorado State Bar No. 26304
JEFFREY S. THOMAS, Trial Attorney
Virginia State Bar No. 86439
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1381- Telephone
Evelyn.McDonald@usdoj.gov

**Intervenor Defendant:**

Pyramid Lake Paiute Tribe

**Counsel for Intervenor Defendant:**

DON SPRINGMEYER, ESQ.
Nevada State Bar No. 1021
CHRISTOPHER W. MIXSON, ESQ.
Nevada State Bar No. 10685
CHAD ARONSON, ESQ.
Nevada State Bar No. 14471
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
(702) 385-6000 - Telephone
d.springmeyer@kempjones.com
c.mixson@kempjones.com

**EXHIBIT INDEX**

Exhibit 1: Judgement in a Civil Case, Entered on December 13, 2022 [ECF No. 67]

Exhibit 2: Order granting Defendant's motion for dismissal entered on December 13, 2021 [ECF No. 66]

Exhibit 3: Order denying Plaintiff's FRCP 59(e) motion to amend entered on March 15, 2022 [ECF No. 79]

Taggart & Taggart, Ltd.
108 North Minnesota Street
Carson City, Nevada 89703
(775)882-9900 ~ Telephone
(775)883-9900 ~ Facsimile