# EXHIBIT 1

# EXHIBIT 1

AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

CITY OF FERNLEY,

        Plaintiff,

v.

ERNEST A. CONANT, *et al.*,

        Defendants.

JUDGMENT

Case Number: 3:21-cv-00119-MMD-CLB

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motions to dismiss (ECF Nos. 19, 20) are granted as to all claims with prejudice except for the declaratory judgment claims. The Court declines to exercise supplemental jurisdiction over the declaratory judgment claims.

    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.

Date: December 13, 2021

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_