DAVID H. RIGDON, ESQ.
Nevada State Bar No. 13567
PAUL G. TAGGART, ESQ.
Nevada State Bar No. 6136
TAGGART & TAGGART, LTD.
108 North Minnesota Street
Carson City, Nevada 89703
(775)882-9900 – Telephone
Paul@legaltnt.com
David@legaltnt.com
*Attorneys for City of Fernley*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF FERNLEY, a political subdivision of the State of Nevada; DAVID F. STIX, JR., an individual; and DEANNA EDMONSTON, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ERNEST A. CONANT, Regional Director, UNITED STATES BUREAU OF RECLAMATION; UNITED STATES BUREAU OF RECLAMATION; and PYRAMID LAKE PAIUTE TRIBE,<br><br>Defendants. | Case Number: 3:21-CV-00119-MMD-CLB<br><br><br>**JOINT REQUEST FOR REFERRAL TO MEDIATION PROGRAM** |

On July 13, 2023, the parties met and conferred regarding case scheduling and the possibility for settlement. As a result of that discussion, the parties believe that a settlement conference mediated by a magistrate judge may be helpful in resolving this case. Accordingly, the parties jointly request that, pursuant to LR 16-5, this Court enter an order referring this matter to a magistrate judge to conduct a mediated settlement conference. In the event that the settlement conference does not successfully resolve this case, the parties will jointly submit a proposed scheduling order within fourteen (14) days of the conclusion of the mediated settlement process.

//

//

- 1 -

| | |
|---|---|
| DATED this 17th day of July 2023. | DATED this 17th day of July 2023. |
| U.S. DEPARTMENT OF JUSTICE | TAGGART & TAGGART, LTD. |
| By:   /s/ *Eve W. McDonald*<br>EVE W. MCDONALD, ESQ.<br>U.S. Department of Justice<br>Environmental & Natural Resources Division<br>Natural Resource Section<br>999 18th Street, South Terrace, Suite 370<br>Denver, Colorado 80202<br>*Attorney for Federal Defendants* | By:   /s/ *David H. Rigdon*<br>DAVID H. RIGDON, ESQ.<br>Nevada State Bar No. 13567<br>108 N. Minnesota Street<br>Carson City, Nevada 89703<br>*Attorney for City of Fernley* |
| DATED this 17th day of July 2023. | DATED this 17th day of July 2023. |
| KEMP JONES, LLP | SHROEDER LAW OFFICES, P.C. |
| By:   /s/ *Christopher W. Mixson*<br>DON SPRINGMEYER, ESQ.<br>AND<br>CHRISTOPHER W. MIXSON, ESQ.<br>Kemp Jones, LLP<br>3800 Howard Hughes Parkway #1700<br>Las Vegas, Nevada 89169<br>*Attorneys for Pyramid Lake Paiute Tribe* | By:   /s/ *Therese A. Ure*<br>THERESE A. URE STIX, ESQ.<br>AND<br>CAITLIN R. SKULAN, ESQ.<br>Schroeder Law Offices, P.C.<br>10615 Double R. Blvd., Suite 100<br>Reno, Nevada 89521<br>*Attorneys for Stix* |

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of TAGGART & TAGGART, LTD., and that on this day, I served, or caused to be served, a true and correct copy of the foregoing via the Court's electronic filing services, to the parties listed below.

Eve W. McDonald
J. Scott Thomas
U.S. Department of Justice
Environmental & Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace – Suite 370
Denver, CO  80202
*Attorney for Federal Defendants*

Holly A. Vance
United States Attorney's Office
400 S. Virginia St., Suite 900
Reno, NV 89501
*Attorney for Federal Defendants*

Therese A. Ure Stix
Laura A. Schroeder
Caitlin R. Skulan
Schroeder Law Offices, P.C.
10615 Double R Blvd., Suite 100
Reno, NV 89521
*Attorneys for Stix*

Don Springmeyer
Christopher W. Mixson
Kemp Jones, LLP
3800 Howard Hughes Parkway #1700
Las Vegas, NV 89169
*Attorneys for Pyramid Lake Paiute Tribe*

DATED this 17th day of July 2023.

                                          /s/ Abby Schuhmacher
                                          Employee of TAGGART & TAGGART, LTD.