1  JASON FRIERSON, United States Attorney
   PATRICK ROSE, Assistant United States Attorney
2  Bruce R. Thompson U.S. Courthouse & Federal Bldg.
3  400 South Virginia Street, Suite 900
   Reno, Nevada 89501
4  Tel: (775) 334-3347

5  TODD KIM, Assistant Attorney General
6  EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
   JEFFREY S. THOMAS, Trial Attorney (VA Bar No. 86439)
7  United States Department of Justice
   Environment and Natural Resources Division
8  999 18th Street, South Terrace, Suite 370
9  Denver, Colorado  80202
   Tel: (303) 844-1381/Fax: (303) 844-1350
10 Email: evelyn.mcdonald@usdoj.gov

11 *Attorneys for Defendant United States Bureau of Reclamation*

12                    UNITED STATES DISTRICT COURT
13                        DISTRICT OF NEVADA

14

15 CITY OF FERNLEY, a political              )
   subdivision of the State of Nevada,       )
   DAVID F. STIX, JR., an individual; and    )
16 DEANNA EDMONSTON, an individual,          )
                                             )
17                                           )  Case Number:  3:21-cv-119-MMD-CLB
                Plaintiff,                    )
18                                           )
                                             )
                     v.                      )
19                                           )  **ORDER ON STIPULATION TO**
                                             )  **CONTINUE SETTLEMENT**
20 ERNEST A. CONANT, Regional                )  **PROCEEDINGS**
   Director, UNITED STATES BUREAU            )
21 OF RECLAMATION; UNITED STATES             )
   BUREAU OF RECLAMATION; and                )
22 PYRAMID LAKE PAIUTE TRIBE,                )
                                             )
23                                           )
                Defendants.                   )
24                                           )
                                             )
25

26        On October 17, 2023, the parties participated in an in-person settlement conference.  *See*

27 ECF No. 103.  At the conclusion of the settlement conference, the Court continued the settlement

28 proceedings until December 13, to allow the parties to continue their private settlement

1  discussions.  The parties have engaged in several meaningful discussions since the October 17th

2  mediation and have reached a tentative agreement (subject to client approval) on a key term.

3  However, the parties need additional time to continue to discuss additional terms and believe an

4  additional continuance of these settlement proceedings would be the most productive and

5  efficient use of the parties' and the Court's time.

6        Accordingly, the parties respectfully request that the in-person settlement proceeding

7  currently scheduled for December 13, 2023, be rescheduled to February 27, 2024, or a date

8  thereafter that is mutually agreeable to the Court and the parties, and that the Court allow parties

9  to participate by videoconference.

10                          Respectfully submitted this 4th day of December, 2023, by:

11

12  TODD KIM                                      TAGGART & TAGGART, LTD.
    Assistant Attorney General
13
    By:     /s/ Eve W. McDonald                   By:  /s/ David H. Rigdon
14       EVE W. MCDONALD, ESQ.                        DAVID H. RIGDON, ESQ.
         JEFFREY S. THOMAS                            Nevada State Bar No. 13567
15       U.S. Department of Justice                   108 N. Minnesota Street
         Environment and Natural Resources Division   Carson City, Nevada 89703
16       Attorneys for Federal Defendants           Attorney for City of Fernley

17
    KEMP JONES, LLP                               SHROEDER LAW OFFICES, P.C.
18
    By:    /s/ Christopher W. Mixson              By:  /s/ Therese A. Ure Stix
19       DON SPRINGMEYER, ESQ.                        LAURA A. SCHROEDER, ESQ.
         CHRISTOPHER W. MIXSON, ESQ.                  THERESE A. URE STIX, ESQ.
20       Kemp Jones, LLP                              CAITLIN R. SKULAN, ESQ.
         Howard Hughes Parkway #1700                  Schroeder Law Offices, P.C.
21       Las Vegas, Nevada 89169                      10615 Double R. Blvd., Suite 100
         Attorneys for Pyramid Lake Paiute Tribe     Reno, Nevada 89521
22                                                    Attorneys for Stix

23
         **IT IS SO ORDERED:**
24

25       _____

26       **ROBERT A. McQUAID, JR.**
         **UNITED STATES MAGISTRATE JUDGE**
27

28       **DATED:** ___12/5/2023_____