JASON FRIERSON, United States Attorney
PATRICK ROSE, Assistant United States Attorney
Bruce R. Thompson U.S. Courthouse & Federal Bldg.
400 South Virginia Street, Suite 900
Reno, Nevada 89501
Tel: (775) 334-3347

TODD KIM, Assistant Attorney General
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
JEFFREY S. THOMAS, Trial Attorney (VA Bar No. 86439)
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Tel: (303) 844-1381/Fax: (303) 844-1350
Email: evelyn.mcdonald@usdoj.gov

*Attorneys for Defendant United States Bureau of Reclamation*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF FERNLEY, a political subdivision of the State of Nevada, DAVID F. STIX, JR., an individual; and DEANNA EDMONSTON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> ERNEST A. CONANT, Regional Director, UNITED STATES BUREAU OF RECLAMATION; UNITED STATES BUREAU OF RECLAMATION; and PYRAMID LAKE PAIUTE TRIBE, <br><br> Defendants. | Case Number: 3:21-cv-119-MMD-CLB <br><br> **ORDER ON NOTICE OF TERMINATION OF SETTLEMENT EFFORTS and REQUEST FOR CANCELLATION OF FEBRUARY 27 2024 SETTLEMENT CONFERENCE** |

The parties appreciate the efforts of the settlement judge. Despite his and the parties' best efforts, the parties were not able to find terms on which the case could be mutually resolved and settled.

The parties will prepare a proposed briefing scheduled as required by the Court's minute order dated August 22, 2023.

Additionally, the parties respectfully request that the court cancel the settlement conference scheduled for February 27.

Respectfully submitted this February 15th, 2024, by:

TODD KIM
Assistant Attorney General

By: */s/ Eve W. McDonald*
    EVE W. MCDONALD, ESQ.
    JEFFREY S. THOMAS
    U.S. Department of Justice
    Environment and Natural Resources Division
    *Attorneys for Federal Defendants*

TAGGART & TAGGART, LTD.

By: */s/ David H. Rigdon*
    DAVID H. RIGDON, ESQ.
    Nevada State Bar No. 13567
    108 N. Minnesota Street
    Carson City, Nevada 89703
    *Attorney for City of Fernley*

KEMP JONES, LLP

By: */s/ Christopher W. Mixson*
    DON SPRINGMEYER, ESQ.
    CHRISTOPHER W. MIXSON, ESQ.
    Kemp Jones, LLP
    Howard Hughes Parkway #1700
    Las Vegas, Nevada 89169
    *Attorneys for Pyramid Lake Paiute Tribe*

SHROEDER LAW OFFICES, P.C.

By: */s/ Laura A. Schroeder*
    LAURA A. SCHROEDER, ESQ.
    THERESE A. URE STIX, ESQ.
    CAITLIN R. SKULAN, ESQ.
    Schroeder Law Offices, P.C.
    10615 Double R. Blvd., Suite 100
    Reno, Nevada 89521
    *Attorneys for Stix*

IT IS SO ORDERED:

_____
ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: 2/16/2024