SUE FAHAMI, Acting United States Attorney
Nevada Bar No. 5634
PATRICK A. ROSE, Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd S, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
EVE W. MCDONALD, Trial Attorney (CO Bar No. 26304)
JEFFREY S. THOMAS, Trial Attorney (VA Bar No. 86439)
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado  80202
Tel: (303) 844-1381/Fax: (303) 844-1350
Email: evelyn.mcdonald@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF FERNLEY, a political subdivision of the State of Nevada, DAVID F. STIX, JR., an individual; and DEANNA EDMONSTON, an individual, <br><br>Plaintiffs, <br><br>v. <br><br>KARL STOCK, Regional Director, UNITED STATES BUREAU OF RECLAMATION; UNITED STATES BUREAU OF RECLAMATION; and PYRAMID LAKE PAIUTE TRIBE, <br><br>Defendants. | Case Number:  3:21-cv-119-MMD <br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

Defendants KARL STOCK, Regional Director of United States Bureau of Reclamation and UNITED STATES BUREAU OF RECLAMATION respectfully request the Clerk of the

Court to please note the withdrawal of Attorney Eve W. McDonald, who is retiring and will no longer be with the Department of Justice, and should be terminated from further notification from the Court's CM/ECF system. Jeffrey S. Thomas continues to represent the Federal Defendants, and all parties to the above-referenced case should continue to notify Mr. Thomas of any action in this case.

Respectfully submitted this 20th day of March, 2025, by:

SUE FRIERSON,
Acting United States Attorney

PATRICK A. ROSE
Assistant United States Attorney

ADAM R.F. GUSTAFSON
Deputy Assistant Attorney General

EVE W. MCDONALD
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division

*Attorneys for Federal Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification to the attorneys of record in this case.

*/s/ Eve W. McDonald*
Eve W. McDonald